# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **MARK PARSONS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-324-MJT |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY,** | § § § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING DEFENDANT'S UNOPPOSED MOTION TO REVERSE AND REMAND

The Court ordered that this matter be referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court received and considered the Report of the United States Magistrate Judge regarding Defendant's Unopposed Motion to Reverse and Remand.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is ADOPTED. A Final Judgment will be entered separately, reversing and remanding this action to the Commissioner for rehearing and a *de novo* determination under the fourth sentence of 42 U.S.C. § 405(g).

**SIGNED this 11th day of June, 2024.**

Michael J. Truncale
United States District Judge