IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MARK PARSONS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No. 1:23-CV-324<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES

Before the Court is the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 27.] The Commissioner's response states that he is unopposed to the requested fee. [Dkt. 28.] Judge Stetson recommended that the Court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation. It is therefore

ORDERED that the Report and Recommendation Regarding Attorney Fees is ADOPTED. It is further

ORDERED that the Plaintiff's application for attorney's fees [dkt. 27] is GRANTED and the Commissioner of Social Security shall pay Mark Parsons, in care of his attorney, George C. Piemonte, an attorney fee in the amount of $4,883.78. This amount includes fees and compensation for 19.56 hours of service at $125.00 per hour, plus an adjustment for increased costs of living consistent with the Consumer Price Index for the relevant time periods. The court directs that the award be mailed to Mark Parsons, in care of his attorney, George Piemonte, at his office address, Martin, Jones & Piemonte, P.O. Box 669468, Charlotte, NC 28266. It is further

ORDERED that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney.  If successful at the administrative level, the Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 1st day of October, 2024.**

                                             Michael J. Truncale
                                             United States District Judge